(115 So. 752)

No. 28838.

**DOIRON et al. v. VACUUM OIL CO. et al.**

Feb. 13, 1928.

*(Syllabus by Editorial Staff.)*

1. Appeal and error ⬅➙358—There can be no appeal without order of appeal duly granted by lower court.

There can be no appeal without an order of appeal duly granted by court below, since that is jurisdictional.

2. Appeal and error ⬅➙358—Where order of appeal had expired, it was equivalent to no order, and there could be no appeal.

Where order of appeal granted by lower court had expired, it was equivalent to no order at all, and there could be no appeal.

3. Appeal and error ⬅➙364—Order of appeal lapses with expiration of return day therein fixed.

An order of appeal granted by lower court lapses with expiration of return day therein fixed.

Appeal from Fourteenth Judicial District Court, Parish of Calcasieu; Thomas F. Porter, Jr., Judge.

Suit by Rosamond Doiron and others against the Vacuum Oil Company, Mrs. Onezima De Bouchel, and others. From the judgment, Mrs. De Bouchel appeals. On motion to dismiss. Appeal dismissed.

Harry P. Gamble, Jr., of New Orleans, for appellant.

Robert R. Stone, of Lake Charles, for plaintiffs appellees.

Cline & Plauche, of Lake Charles, William A. Vinson, of Houston, Tex., and McCoy & Moss, A. O. King, and E. R. Kaufman, all of Lake Charles, for defendants appellees.

On Motion to Dismiss.

ST. PAUL, J. The details of this case may be found set forth in full in Doiron v. Vacuum Oil Co. et al., 164 La. 15, 113 So. 748. It is unnecessary to repeat them here. Suffice it to say that the present appellant, Mrs. Onezima De Bouchel, was one of the defendants in said case and asserted a claim to the property therein involved; that her claim was rejected by a judgment therein rendered on August 11, 1926; that on the same day she applied for and was granted an appeal returnable to this court on October 1, 1926, conditioned on her furnishing a certain appeal bond; that she took no steps to furnish said appeal bond until the 25th day of July, 1927, and did not lodge the transcript in this court until August 4, 1927, nor did she apply to this court for any extension of time.

[1-3] There can be no appeal without an *order of appeal* duly granted by the court below. That is jurisdictional. Gagneaux v. Desonier, 104 La. 648, 29 So. 282. But an order of appeal which has expired is equivalent to no order at all, and an order of appeal lapses with the expiration of the return day therein fixed. Coudroy v. Pecot,

· 51 La. Ann: 495, 25 So. 270 ; Moss v. Reims, . 52 La. Ann. 566, 27 So. 68.

### Decree.

The appeal herein taken is therefore dismissed.